**Order entered May 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00048-CV

## ADRIAN BOOKER AND NICOLE SMITH, Appellants

### V.

## ANISSA MAHMOUDI, Appellee

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-01795-2018**

## ORDER
Before Chief Justice Burns, Justice Whitehill, and Justice Nowell

Based on this Court's opinion of this date, we **REVERSE** the trial court's March 4, 2019 order finding appellant Adrian Booker not indigent. Booker is indigent and allowed to proceed without advance payment of costs.

We **ORDER** Stacey Kemp, Collin County Clerk, and Susan Maienschein, Official Court Reporter for County Court at Law No. 3, to file their respective records **within thirty days** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Kemp, Ms. Maienschein, and all parties.

/s/    ERIN A. NOWELL
        JUSTICE